IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TERRY NORRIS,

       Appellant,

v.

       Case No.     5D22-0968
       LT Case No. 2010-CF-00604

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed June 14, 2022

3.800 Appeal from the Circuit Court
for Sumter County,
Mary Hatcher, Judge.

Terry Norris, Raiford, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.


WALLIS, HARRIS and NARDELLA, JJ., concur.